**Dismiss and Opinion Filed March 5, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-10-00006-CV

**EURENERGY RESOURCES CORPORATION, Appellant**
**V.**
**S & A PROPERTY RESEARCH, LLC, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 09-13262-C**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

We reinstate this appeal. This case was abated on May 18, 2010 due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on July 27, 2023, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would

result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c).


100006f.p05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

EURENERGY RESOURCES CORPORATION, Appellant

No. 05-10-00006-CV     V.

S & A PROPERTY RESEARCH, LLC, Appellee

On Appeal from the 68th Judicial District Court, Dallas County, Texas Trial Court Cause No. 09-13262-C. Opinion delivered by Justice Pedersen, III. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 5th day of March, 2024.